**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1524**

BERNICE ELOISE COLE, a/k/a Bernice Wood Cole,

      Debtor - Appellant,

    v.

JOHN W. BALLARD; KEMPER L. COLBERT,

      Creditors - Appellees,

    and

FREDERICK L. HENDERSON, JR,

      Trustee - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:19-cv-00141-MR)

Submitted: December 22, 2020               Decided: December 28, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernice Eloise Cole, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernice Eloise Cole appeals from the district court's order dismissing her appeal from the bankruptcy court's order approving the sale of property of her bankruptcy estate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cole v. Ballard*, No. 1:19-cv-00141-MR (W.D.N.C. Mar. 9, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
